1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL OWENS,<br><br>                            Plaintiff,<br><br>  vs.<br><br>RED LION HOTELS CORPORATION; and DOES 1-50, inclusive,<br><br>                            Defendants. | Case No. **2:15-CV-02103-KJM-KJN**<br>[Assigned to The Honorable Kimberly J. Mueller]<br><br>**DISCOVERY MATTER**<br><br>**PROTECTIVE ORDER – CONFIDENTIAL AND HIGHLY CONFIDENTIAL DESIGNATIONS** |

PROTECTIVE ORDER
DWT 29294146v1 0088456-000050

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1

**ORDER**

2

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and Protective

3

Order (ECF No. 14).

4

**IT IS SO ORDERED.**

5

Dated:  April 25, 2016

6

7

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER
DWT 29294146v1 0088456-000050

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899